**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America | CR 99-00206-PCT-RCB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Gerald Dewayne Naha, Sr., | |
| Defendant. | |

**IT IS ORDERED** directing the Clerk's Office to send copies of Defendant's Motion to Request for Reinstatement of Supervised Release and Motion to Request for Contact of Victim's Family (Doc. 120) to the following persons:

Assistant United States Attorney Vincent Q. Kirby
Defense Counsel, Robert J. McWhirter (former Assistant Federal Public Defender)
Senior U.S. Probation Officer Anne L. Schauder

Excludable delay is not applicable.

DATED this 16th day of July, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

cc: Gerald D. Naha, Sr. #158713
Navajo County Detention Center
P.O. Box 668
Holbrook, AZ 86025-0668